**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | | |
|---|---|---|
| JUAN VALENTIN ROMERO, | ) | NO. SACV 17-01401-R (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RAYMOND MADDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 5, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE